NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 05a0568n.06
Filed: July 7, 2005

No. 04-3978

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| ILANA G. ALESHIRE, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | ON APPEAL FROM THE UNITED |
| | ) | STATES DISTRICT COURT FOR THE |
| GENERAL MOTORS CORPORATION, | ) | NORTHERN DISTRICT OF OHIO |
| ROGER BROWNLEE; EDWARD SCOTT; | ) | |
| ROY YANCEY, | ) | |
| | ) | |
| Defendants-Appellees. | ) | |

Before: GIBBONS and COOK, Circuit Judges; PHILLIPS, District Judge.*

PER CURIAM. Ilana Aleshire appeals the district court's grant of summary judgment for the defendants on various discrimination and harassment claims. Though the parties have requested oral argument, this panel unanimously agrees it is unnecessary. Fed. R. App. P. 34(a)(2). After reviewing the record, the parties' briefs, and the applicable law, this court determines that no jurisprudential purpose would be served by a panel opinion and affirms the district court for the reasons well stated by District Judge Solomon Oliver, Jr., in his opinion.

---

*The Honorable Thomas W. Phillips, United States District Judge for the Eastern District of Tennessee, sitting by designation.